**Order entered October 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01427-CV

### TROY D. SHIELDS, JR., Appellant

### V.

### PATRICIA K. SHIELDS, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04278-C**

## ORDER

Before the Court is appellant's October 15, 2020 motion for extension of time to file his corrected opening brief. We **GRANT** the motion and **ORDER** appellant's corrected opening brief be filed no later than October 22, 2020.

/s/    BILL WHITEHILL
        JUSTICE